UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **SHARON K. FLEMING,** | ) | Bankruptcy No. 15-17343 |
| | ) | |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 8, 2017, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

JAY L. DAHL
LAW OFFICES OF JAY L. DAHL LTD
P. O. BOX 187
Geneva, IL 60134

**VIA REGULAR MAIL**

FLEMING, SHARON K.
382 BRITTANY COURT, APT. E
GENEVA, IL 60134

LOIS WEST, CPA
Kutchins, Robbins, & Diamond, Ltd.
35 E. Wacker Drive, Suite #1550
Chicago, IL 60601

Wells Fargo Card Services
1 Home Campus 3rd Floor
Des Moines, IA 50328

Portfolio Recovery Associates, LLC
successor to U.S. BANK NATIONAL ASSOCIATION, POB 41067
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
successor to SYNCHRONY BANK (JC PENNEY)
POB 41067
Norfolk, VA 23541

PYOD, LLC its successors and assigns as assignee
of Citibank, N.A.
Resurgent Capital Services,
PO Box 19008
Greenville, SC 29602

/s/ THOMAS E. SPRINGER, TRUSTEE
THOMAS E. SPRINGER, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
Phone: (630) 510-0000