# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: FLEMING, SHARON K.   § Case No. 15-17343
                            §
                            §
Debtor(s)                   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS E. SPRINGER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $9,338.00                Assets Exempt: $23,238.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $65,290.42   Claims Discharged
                                              Without Payment: $18,180.24

Total Expenses of Administration: $17,209.58

3) Total gross receipts of $ 82,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $82,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $63,505.04 | $63,505.04 | $63,505.04 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 17,209.58 | 17,209.58 | 17,209.58 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 19,965.62 | 19,965.62 | 1,785.38 |
| **TOTAL DISBURSEMENTS** | $0.00 | $100,680.24 | $100,680.24 | $82,500.00 |

    4)  This case was originally filed under Chapter 7 on May 15, 2015. The case was pending for 36 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/24/2018           By: /s/THOMAS E. SPRINGER
                                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Single family residence located at 304 N. Marlan | 1110-000 | 82,000.00 |
| Rent | 1222-000 | 500.00 |
| **TOTAL GROSS RECEIPTS** | | **$82,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo | 4110-000 | N/A | 58,093.09 | 58,093.09 | 58,093.09 |
| | Community Credit Union | 4700-000 | N/A | 5,411.95 | 5,411.95 | 5,411.95 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$63,505.04** | **$63,505.04** | **$63,505.04** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - THOMAS E. SPRINGER, TRUSTEE | 2100-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| Attorney for Trustee Fees (Trustee Firm) - SPRINGER BROWN, LLC | 3110-000 | N/A | 6,276.00 | 6,276.00 | 6,276.00 |
| Attorney for Trustee Expenses (Trustee Firm) - SPRINGER BROWN, LLC | 3120-000 | N/A | 471.91 | 471.91 | 471.91 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Other - LOIS WEST, CPA | 3410-000 | N/A | | 918.00 | 918.00 | 918.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Other - Community Credit Union | 2820-000 | N/A | | 2,451.06 | 2,451.06 | 2,451.06 |
| Other - Community Credit Union | 3510-000 | N/A | | 4,100.00 | 4,100.00 | 4,100.00 |
| Other - Community Credit Union | 2500-000 | N/A | | 700.00 | 700.00 | 700.00 |
| Other - Community Credit Union | 2500-000 | N/A | | 463.00 | 463.00 | 463.00 |
| Other - Community Credit Union | 2500-000 | N/A | | 123.00 | 123.00 | 123.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 11.37 | 11.37 | 11.37 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | | 3.85 | 3.85 | 3.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 17.05 | 17.05 | 17.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 14.89 | 14.89 | 14.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 16.46 | 16.46 | 16.46 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 14.85 | 14.85 | 14.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 17.48 | 17.48 | 17.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 15.86 | 15.86 | 15.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 15.31 | 15.31 | 15.31 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 17.40 | 17.40 | 17.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 15.27 | 15.27 | 15.27 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 16.82 | 16.82 | 16.82 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $17,209.58 | $17,209.58 | $17,209.58 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 7,380.84 | 7,380.84 | 660.02 |
| 2 | Wells Fargo Card Services | 7100-000 | N/A | 4,482.53 | 4,482.53 | 400.84 |
| 3 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 7,411.23 | 7,411.23 | 662.73 |
| 4 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 691.02 | 691.02 | 61.79 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $19,965.62 | $19,965.62 | $1,785.38 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-17343  
**Case Name:** FLEMING, SHARON K.

**Period Ending:** 04/24/18

**Trustee:**    (330640)    THOMAS E. SPRINGER  
**Filed (f) or Converted (c):** 05/15/15 (f)  
**§341(a) Meeting Date:** 06/08/15  
**Claims Bar Date:** 05/02/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Single family residence located at 304 N. Marlan Drive, Alpha, Henry County IL 61413; | 98,000.00 | 0.00 | | 82,000.00 | FA |
| 2  Cash | 50.00 | 0.00 | | 0.00 | FA |
| 3  Checking account located at Old Second National Bank, Aurora, IL | 95.50 | 0.00 | | 0.00 | FA |
| 4  Savings account located at Old Second National B Orig. Description: Bank, Aurora, IL | 2,817.50 | 0.00 | | 0.00 | FA |
| 5  Landlord: Ashford at Geneva, LLC | 225.00 | 0.00 | | 0.00 | FA |
| 6  4 rooms household goods, furnishings and fixture | 250.00 | 0.00 | | 0.00 | FA |
| 7  Wearing apparel | 400.00 | 0.00 | | 0.00 | FA |
| 8  403B with Presence Health | 2,000.00 | 0.00 | | 0.00 | FA |
| 9  Illinois Municipal Retirement Fund. This is a | 0.00 | 0.00 | | 0.00 | FA |
| 10  2008 Pontiac GT | 3,500.00 | 0.00 | | 0.00 | FA |
| 11  Rent  (u)  Current tenants paying rent of $500/month beginning September 1, 2016 until house is sold | 1,500.00 | 1,500.00 | | 500.00 | FA |
| **11    Assets    Totals** (Excluding unknown values) | **$108,838.00** | **$1,500.00** | | **$82,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee sold Debtor's modular home.  Accountant to prepare estate tax returns.  After completion and prompt determination response from the IRS, Trustee will prepare the Final Report.

**Initial Projected Date Of Final Report (TFR):**    December 15, 2016        **Current Projected Date Of Final Report (TFR):**    November 17, 2017  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-17343
**Case Name:** FLEMING, SHARON K.
**Taxpayer ID #:** **-***5919
**Period Ending:** 04/24/18

**Trustee:** THOMAS E. SPRINGER (330640)
**Bank Name:** Rabobank, N.A.
**Account:** ****025266 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 09/12/16 | {11} | Tyler Clover | Installment payment | | 1222-000 | 500.00 | | 500.00 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 490.00 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 480.00 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 470.00 |
| 12/09/16 | | Community Credit Union | Sale Proceeds | | | 10,657.90 | | 11,127.90 |
| | {1} | | Gross Sales Price | 82,000.00 | 1110-000 | | | 11,127.90 |
| | | Wells Fargo | Pay-off mortgage | -58,093.09 | 4110-000 | | | 11,127.90 |
| | | | Tax lien | -5,411.95 | 4700-000 | | | 11,127.90 |
| | | | real estate taxes | -2,451.06 | 2820-000 | | | 11,127.90 |
| | | | Real estate Broker commission | -4,100.00 | 3510-000 | | | 11,127.90 |
| | | | Survey Fee to Wallace Engineering | -700.00 | 2500-000 | | | 11,127.90 |
| | | | Title Insurance | -463.00 | 2500-000 | | | 11,127.90 |
| | | | Transfer taxes | -123.00 | 2500-000 | | | 11,127.90 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 11.37 | 11,116.53 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 17.05 | 11,099.48 |
| 02/03/17 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2017 FOR CASE #15-17343, Bond #016073584 | | 2300-000 | | 3.85 | 11,095.63 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 14.89 | 11,080.74 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 16.46 | 11,064.28 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 14.85 | 11,049.43 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 17.48 | 11,031.95 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 15.86 | 11,016.09 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 15.31 | 11,000.78 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 17.40 | 10,983.38 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 15.27 | 10,968.11 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 16.82 | 10,951.29 |
| 01/19/18 | 102 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $6,276.00, Attorney for Trustee Fees (Trustee Firm); Reference: | | 3110-000 | | 6,276.00 | 4,675.29 |
| 01/19/18 | 103 | THOMAS E. SPRINGER, TRUSTEE | Dividend paid 100.00% on $1,500.00, Trustee Compensation; Reference: | | 2100-000 | | 1,500.00 | 3,175.29 |
| 01/19/18 | 104 | LOIS WEST, CPA | Dividend paid 100.00% on $918.00, Accountant for Trustee Fees (Other Firm); Reference: | | 3410-000 | | 918.00 | 2,257.29 |
| 01/19/18 | 105 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $471.91, Attorney | | 3120-000 | | 471.91 | 1,785.38 |

Subtotals :    $11,157.90    $9,372.52

{} Asset reference(s)    Printed: 04/24/2018 01:00 PM    V.13.32

Case 15-17343   Doc 56   Filed 05/03/18   Entered 05/03/18 16:04:24   Desc Main
Document   Page 8 of 8

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 15-17343  
**Case Name:** FLEMING, SHARON K.  

**Taxpayer ID #:** **-***5919  
**Period Ending:** 04/24/18  

**Trustee:** THOMAS E. SPRINGER (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****025266 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | for Trustee Expenses (Trustee Firm); Reference: | | | | |
| 01/19/18 | 106 | PYOD, LLC its successors and assigns as assignee | Dividend paid 8.94% on $7,380.84; Claim# 1; Filed: $7,380.84; Reference: | 7100-000 | | 660.02 | 1,125.36 |
| 01/19/18 | 107 | Wells Fargo Card Services | Dividend paid 8.94% on $4,482.53; Claim# 2; Filed: $4,482.53; Reference: | 7100-000 | | 400.84 | 724.52 |
| 01/19/18 | 108 | Portfolio Recovery Associates, LLC | Dividend paid 8.94% on $7,411.23; Claim# 3; Filed: $7,411.23; Reference: | 7100-000 | | 662.73 | 61.79 |
| 01/19/18 | 109 | Portfolio Recovery Associates, LLC | Dividend paid 8.94% on $691.02; Claim# 4; Filed: $691.02; Reference: | 7100-000 | | 61.79 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 11,157.90 | 11,157.90 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 11,157.90 | 11,157.90 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$11,157.90** | **$11,157.90** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****025266** | 11,157.90 | 11,157.90 | 0.00 |
| | $11,157.90 | $11,157.90 | $0.00 |

{} Asset reference(s)

Printed: 04/24/2018 01:00 PM    V.13.32